No. 625. CALDAROLA *v.* ECKERT ET AL., DOING BUSINESS AS THOR ECKERT & Co. November 12, 1946. Petition

for writ of certiorari to the Court of Appeals of New York granted. *Isidor Enselman* for petitioner. *Raymond Palmer* for respondents.